IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | | |
|---|---|---|
| JACQUELINE HALL, | : | No. 4:11-cv-00126-HDV-CFB |
| Plaintiff, | : | |
| vs. | : | |
| NCO FINANCIAL SYSTEMS, INC., | : | DISMISSAL WITH PREJUDICE |
| Defendant. | : | |

Defendant Jacqueline Hall, by her attorney Ray Johnson, hereby dismisses the above-captioned matter with prejudice pursuant to a settlement agreement reached between the parties.

Respectfully submitted this 29th day of June, 2011.

Ray Johnson
AT004019
Johnson Law Firm
950 Office Park Road
Suite 335
West Des Moines, Iowa 50265
Phone: 515-224-7090
Fax: 515-222-2656
Johnsonlaw29@aol.com